IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 09-00349-01-CR-W-DW |
| RANDY WILSON, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 72) recommending that the Court find Defendant Randy Wilson is presently incompetent to assist properly in his defense. Judge Maughmer further recommends that the Court not order dismissal of Defendant's prosecution, but rather that a status conference be set in six months to determine whether Defendant has regained competence, and, if not, how to proceed. Defendant has filed objections to Judge Maughmer's Report and Recommendation.

After an independent review of the record, the Court adopts Judge Maughmer's Report and Recommendation and ORDERS that it be attached to and made a part of this Order. Accordingly, the Court finds that Defendant Randy Wilson is presently incompetent to assist properly in his defense. It is further ORDERED that the parties

appear before the Magistrate in six months for a status conference.

SO ORDERED.


Date:   June 27, 2012                                      /s/ Dean Whipple
                                                         Dean Whipple
                                                   United States District Judge